■ MARGARET LAZZARO, Respondent, v COUNTY OF NASSAU et al., Appellants. [659 NYS2d 980] —In a negligence action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Nassau County (Alpert, J.), dated June 19, 1996, which, *inter alia*, granted the plaintiff's motion to quash a subpoena duces tecum which was served upon a nonparty, Joseph Lazzaro.

Ordered that the order is affirmed, with costs.

The Supreme Court properly found that the subpoena duces tecum which the defendants served upon a nonparty, Joseph Lazzaro, was facially defective because it neither contained nor was accompanied by a notice stating the "circumstances or reasons such disclosure is * * * required" (CPLR 3101 [a] [4]; *see, Bigman v Dime Sav. Bank*, 138 AD2d 438).

The defendants' remaining contention is without merit. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.